1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANLEY W. MUNDY**,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.   CIV-10-1884 DAD<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME**<br>**TO FILE A MOTION FOR**<br>**SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 23, 2010, to February 4, 2010 [sic]. This is Plaintiff's first request for an extension and is required due to Plaintiff's counsel's impacted briefing schedule, and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

/ / / /

1

Dated: November 22, 2010        /s/*Bess M. Brewer*
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated: November 22, 2010        Benjamin B. Wagner
                                United States Attorney

                                /s/ *Kathyrn Watson*
                                KATHYRN WATSON
                                (by e-mail)



                                Special Assistant U.S. Attorney
                                Attorneys for Defendant


**ORDER**

The parties' stipulation to an 11-week extension of time to February 4, 2011, for the filing of plaintiff's motion for summary judgment is approved.

IT IS SO ORDERED.

DATED: November 23, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\mundy1884.pmsj.ext

2