1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANLEY W. MUNDY** | Case No.   CIV-10-1884 DAD |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his summary judgment is hereby extended from February 4, 2011, to March 2, 2011.  This request for an extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

Dated: February 4, 2011        /s/Bess M. Brewer
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff


Dated: February 4, 2011        Benjamin B. Wagner

                               United States Attorney

                               /s/ Kathyrn Watson
                               KATHYRN WATSON
                               (by e-mail)


                               Special Assistant U.S. Attorney
                               Attorneys for Defendant

## ORDER

The parties' stipulation to a second extension of time for the filing of plaintiff's motion for summary judgment is approved. Plaintiff's motion shall be filed on or before March 2, 2011. No further extension of time will be granted absent a significant showing of good cause.

IT SO ORDERED.

DATED: February 7, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\mundy1884.pmsj.ext2