1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STANLEY W. MUNDY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of  )<br>Social Security,  )<br>  )<br>Defendant.  )<br>_____) | Case No. 2:10-cv-1884-DAD<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 60 days from April 1, 2011 to May 31, 2011.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

//
//
//
//
//

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: March 23, 2011          */s/ Bess M. Brewer*
                               (As authorized via email)
                               BESS M. BREWER
                               Attorney for Plaintiff

Dated: March 30, 2011          BENJAMIN B. WAGNER
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/ Kathryn R. Watson*
                               KATHRYN R. WATSON
                               Special Assistant United States Attorney
                               Social Security Administration

## ORDER

Pursuant to the parties' stipulation and good cause appearing, defendant's time to respond to plaintiff's motion for summary judgment is extended to May 31, 2011.

**IT IS SO ORDERED.**

DATED: April 1, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\mundy1884.dxmsj.ext